UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO and TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS,

                               Petitioners,

                  -v.-

PREMIER PAINTING, DECORATING & FINISHING, LLC,

                               Respondent.

21 Civ. 11029 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On December 23, 2021, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **January 21, 2022**. Respondents' opposition, if any, is due on **February 4, 2022**. Petitioners' reply, if any, is due **February 11, 2022**.

Petitioners shall serve the petition upon Respondents electronically and by overnight mail no later than **January 14, 2022**, and shall file an affidavit of such service with the court no later than **January 18, 2022**.

SO ORDERED.

Dated: January 7, 2022
New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge